

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00069-CV

Nancy **ALANIS**,
Appellant

v.

**WELLS FARGO BANK NATIONAL ASSOCIATION**, as Trustee for the Pooling and
Servicing Agreement Dated as of October 1, 2006 Securitized Asset-Backed Receivables LLC
Trust 2006-NC3 Mortgage Pass-Through Certificates Series 2006NC3, et al.,
Appellees

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-02839
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the judgment of the trial court is
AFFIRMED. It is ORDERED that appellees recover their costs of this appeal from appellant. It
is FURTHER ORDERED that appellant's motion to take judicial notice is DENIED.

SIGNED April 4, 2018.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice